B6F (Official Form 6F) (12/07)

In re **James Ray Norris** Case No. **09-81112**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **10180200005**<br>**1st Heritage**<br>**3654-A North Blvd.**<br>**Alexandria, LA. 71301** | | - | DATE INCURRED: **11/06/2008**<br>CONSIDERATION: **Note Loan**<br>REMARKS: | | | | $530.00 |
| ACCT #:<br>**Advance America Cash Advance**<br>**3322 Monroe St.**<br>**Alexandria, LA 71301** | | - | DATE INCURRED:<br>CONSIDERATION: **Payday Loan**<br>REMARKS: | | | | $350.00 |
| ACCT #: **8449**<br>**Barksdale Federal Cred**<br>**2701 Village Ln**<br>**Bossier City, LA 71112** | | - | DATE INCURRED: **11/2008**<br>CONSIDERATION: **Unsecured**<br>REMARKS: | | | | $5,676.00 |
| ACCT #: **002051**<br>**Cash Back Loans**<br>**12411 Lakes Charles Hwy.**<br>**Leesville, LA 71446** | | - | DATE INCURRED:<br>CONSIDERATION: **Payday Loan**<br>REMARKS: | | | | $350.00 |
| ACCT #: **001954**<br>**Cash Back Loans**<br>**12411 Lake Charles Hwy.**<br>**Leesville, LA 71446** | | - | DATE INCURRED:<br>CONSIDERATION: **Payday Loan**<br>REMARKS: | | | | $350.00 |
| ACCT #: **001081**<br>**Cash Till Payday**<br>**12579 Lake Charles Hwy.**<br>**Leesville, LA 71446** | | - | DATE INCURRED:<br>CONSIDERATION: **Payday Loan**<br>REMARKS: | | | | $350.00 |
| | | | | | | Subtotal > | $7,606.00 |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**3**_____ continuation sheets attached

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **001325**<br>**Cash Till Payday**<br>**12579 Lake Charles Hwy.**<br>**Leesville, LA 71446** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $350.00 |
| ACCT #: **6035320212127763**<br>**Citibank Usa**<br>**Attn.: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | - | DATE INCURRED: **08/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $904.00 |
| ACCT #: **6071803528350314**<br>**Citifinancial**<br>**Po Box 499**<br>**Hanover, MD 21076** | | - | DATE INCURRED: **04/2008**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $9,580.00 |
| ACCT #: **545800155805**<br>**Direct Merchants Bank**<br>**Card Member Services - GSC**<br>**PO Box 5246**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED: **04/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,588.00 |
| ACCT #: **13191896**<br>**Enhanced Recovery Corp**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | - | DATE INCURRED: **06/2008**<br>CONSIDERATION:<br>**Collecting for Sprint**<br>REMARKS: | | | | $407.00 |
| ACCT #: **N158**<br>**Mel's Finance**<br>**1004 N. 5th Street**<br>**Leesville, LA 71446** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $240.00 |

Sheet no. __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $13,069.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **James Ray Norris**        Case No. **09-81112**
                                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **6019440602150827**<br>**Mil Star**<br>**Attention: Bankruptcy**<br>**PO Box 650062**<br>**Dallas, TX 75236** | | - | DATE INCURRED: **09/24/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $1,571.00 |
| ACCT #: **434829610**<br>**Money Mart #2519**<br>**625 Bolton Avenue**<br>**Alexandria, LA 71301** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $350.00 |
| ACCT #:<br>**Mr. Cash**<br>**900 N. 5th Street, Suite 3**<br>**Leesville, LA 71446** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $350.00 |
| ACCT #: **434829610**<br>**Paycheck Loans**<br>**12484 Lake Charles Hwy.**<br>**Leesville, LA 71446** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $350.00 |
| ACCT #:<br>**Payday Today**<br>**27 MacArthur Dr.**<br>**Alexandria, LA 71301** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Payday Loan**<br>REMARKS: | | | | $350.00 |
| ACCT #:<br>**Recovery Management Sys (2002)**<br>**Attn: Ramesh Singh**<br>**25 SE 2nd Avenue, Ste. 1120**<br>**Miami, FL 33131** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. __2__ of __3__ continuation sheets attached to                                   **Subtotal >**     **$2,971.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                                          **Total >**
                          (Use only on last page of the completed Schedule F.)
          (Report also on Summary of Schedules and, if applicable, on the
             Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 58588<br>**Security Fin**<br>209 Dawson Rd. Ste. 4B<br>Columbia, SC 29223 | | - | DATE INCURRED: 06/05/2009<br>CONSIDERATION: **Secured**<br>REMARKS: | | | | $1,100.00 |
| ACCT #:<br>**Twin City Financial**<br>2955 Hwy. 28 E<br>Pineville, LA 71360 | | - | DATE INCURRED:<br>CONSIDERATION: **Money Loaned**<br>REMARKS: | | | | $2,500.00 |
| ACCT #: 71302160101<br>**World Finance Company**<br>1116 S 3rd St<br>Leesville, LA 71446 | | - | DATE INCURRED: 04/2009<br>CONSIDERATION: **Secured**<br>REMARKS: | | | | $1,080.00 |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$4,680.00**

**Total >**    **$28,326.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

In re **James Ray Norris**            Case No. **09-81112**

Chapter **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $150,000.00 | | |
| B - Personal Property | No | 4 | $62,430.00 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $175,543.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $2,444.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $28,326.00 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $6,231.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $4,931.85 |
| TOTAL | | 19 | $212,430.00 | $206,313.00 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

In re **James Ray Norris**  Case No. **09-81112**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $6,231.00 |
| Average Expenses (from Schedule J, Line 18) | $4,931.85 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $4,731.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $2,035.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $2,444.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $28,326.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $30,361.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **James Ray Norris**  Case No. **09-81112**
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **6** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **12/28/2009**  Signature **/s/ James Ray Norris**
 *James Ray Norris*

Date  Signature

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*